Joseph J. Guerra

v.

State of Texas

PD-0780-15
PD-0781-15

780-15    781-15

IN the
Court of Criminal Appeals
Austin, Tx

ORIGINAL

---

Motion for Rehearing the Refusal of His Petition for Discretionary Review

---

Comes Now, Joseph J. Guerra, and presents this motion for rehearing the refusal of his petition for discretionary review and in support shows the court the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## I

On November 18th, 2015 the Court of Criminal Appeals Refused his Petition for Discretionary Review for the above said Cause Nos. There is meaningful case law that this court should consider in light that the 5th Court of Appeals Denied his Batson v. Kentucky 476 US 79 (1986) claim on the false premise that the prosecutor did not exercise premptory strike a group bias determination.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## II

Recently the U.S. Supreme Court has taken up Foster V. Chatman no 14-8349, 2015 term. In this case the Supreme Court took up the issue that a state court was unreasonable determining by a fact issue that the prosecutor did not exercise premptory strikes based on race. This case law could seriously undermine the analytical framework on how Texas reviews its Batson claims.

## III

In light of this case and petitioners right to have his case reviewed under this case in a 2254 Federal Writ of Habeas Corpus. He asserts the Court of Criminal Appeals should Grant this petition as the 5th court of Appeals was unreasonable in determining the prosecutor did not use a group bias in determining striking an african american juror for her ability to punish appropriatly when her scores showed she scored the highest for punishment, which is the exact thing the prosecutor wanted when having a juror selected for his venire.

## IV

Petitioner asserts the substantial intervening circumstance of him not having this new pending U.S. Supreme Court case affected his ability to present to this Court a perplexing reason for this Court to Grant Discretionary Review. Petitioner asserts this motion is grounded on substantial merit and in good faith and not made for delay.

Where for premises considered, petitioner prays the Court Grant this motion for Rehearing and Grant his petition for Discretionary Review.

Respectfully submitted,

Joseph J. Guerra
#1909129
Robertson Unit
12071 F.M. 3522
Abilene, Tx. 79601

## Substantial Intervening Circumstances

As presented in this motion in subsection 4 the substantial intervening circumstance of not having knowledge of the pending case in the U.S. Supreme Court Foster v. Chatman no. 14-8349, 2015) affected my ability to argue and present to this court adequatly my Batson claim. I certify this motion is made in good faith and not for delay and founded on a meritorious ground.

Joseph J. Guerra

## Certificate of service

I hereby certify that, pursuant to Rule 9.5 and 68.11 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing Petition for discretionary rehearing has been sent to Cynthia Walker, Collin County D.A. office, 2100 Bloomingdale Road, Suite 100, Mckinney, Texas 75071 And sent to state prosecuting attorney, P.O. Box 13046, Austin, Texas 78711 on this 23 day of November 2015.

Joseph J. Guerra
Pro se